UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

NETBANK, INC.

Debtor.

Case No. 3:07-bk-04295-JAF
Chapter 11

---

CLIFFORD ZUCKER, in his capacity as Liquidating Supervisor for NETBANK, INC.,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

Adversary Proceeding No.: 3:08-ap-346-JAF

---

## SCHEDULING ORDER

This proceeding is before the Court upon a Pre-Trial Conference held on September 14, 2009. Based upon the parties' representations and requests at the Pre-Trial Conference, it is,

ORDERED:

1. The parties shall have sixty (60) days in which to complete discovery in this case, that is until November 13, 2009.

2. The parties shall have thirty (30) days after discovery is completed to file motions for summary judgment, that is until December 14, 2009.

3. The parties shall have thirty (30) days after the opposing party's motion for summary judgment is filed to file a response in opposition to the motion for summary judgment.

{JA483710;1}

4. The moving party shall then have twenty (20) days after the response in opposition to the motion for summary judgment is filed to file and serve a reply memorandum.

5. The parties may extend these deadlines by filing a written stipulation with the Court.

6. If motions for summary judgment are not filed by December 14, 2009, the Court may set this case for trial or status conference.

DATED this 21 day of September, 2009.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Sameer Kapoor, Esq.
Kilpatrick Stockton
1100 Peachtree St., Ste. 2800
Atlanta, GA 30309-4530

Raye Curry Elliott, Esq.
Akerman Senterfitt
50 N. Laura St., Ste. 2500
Jacksonville, FL 32202