UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

NETBANK, INC.  Case No. 3:07-bk-04295-JAF
 Chapter 11
    Debtor.

---

CLIFFORD ZUCKER, in his capacity as
Liquidating Supervisor for NETBANK,
INC.,

    Plaintiff, Adversary Proceeding No.: 3:08-ap-346-JAF

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
NetBank, f.s.b.,

    Defendant.

---

## STIPULATION TO EXTEND BRIEFING SCHEDULE
## PURSUANT TO SEPTEMBER 21, 2009 SCHEDULING ORDER

Plaintiff, Clifford Zucker, in his capacity as Liquidating Supervisor for NetBank, Inc. and Defendant, Federal Deposit Insurance Corporation, as Receiver for NetBank, f.s.b., through undersigned counsel stipulate as follows:

1. Pursuant to paragraph five of the Court's September 21, 2009 Scheduling Order, the parties stipulate and agree that each party's reply memorandum to the opposing party's response in opposition to motion for summary judgment shall be due on or before February 22, 2010 at 5:00 p.m.

2. All other deadlines in the Scheduling Order shall remain the same.

{JA516526;1}

| KILPATRICK STOCKTON | AKERMAN SENTERFITT |
|---|---|
| By: */s/ Sameer K. Kapoor* <br> Todd C. Meyers <br> Georgia Bar No. 503756 <br> tmeyers@kilpatrickstockton.com <br> Sameer K. Kapoor <br> Georgia Bar No. 407525 <br> skapoor@kilpatrictstockton.com <br> 1100 Peachtree St., Ste. 2800 <br> Atlanta, GA 30309-4530 <br> Telephone: (404) 815-6500 <br> Facsimile: (404) 815-6555 | By: */s/ Raye Curry Elliott* <br> David E. Otero <br> Florida Bar No.: 651370 <br> E-mail: david.otero@akerman.com <br> Raye Curry Elliott <br> Florida Bar No.: 018732 <br> E-mail: raye.curryelliott@akerman.com <br> 50 North Laura Street, Suite 2500 <br> Jacksonville, FL 32202 <br> Telephone: (904) 798-3700 <br> Facsimile: (904) 798-3730 |
| Attorneys for Plaintiff, Clifford Zucker, in his capacity of Liquidating Supervisor for NetBank, Inc. | Attorneys for Defendant, Federal Deposit Insurance Corporation as Receiver for NetBank, f.s.b. |