UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

NETBANK, INC.

    Debtor.

Case No. 3:07-bk-04295-JAF
Chapter 11

---

CLIFFORD ZUCKER, in his capacity as Liquidating Supervisor for NETBANK, INC.,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NetBank, f.s.b.,

    Defendant.

Adversary Proceeding No.: 3:08-ap-346-JAF

---

## NOTICE OF FILING OF ORDER REGARDING SUPPLEMENTARY AUTHORITY FILED BY PLAINTIFF

Defendant, Federal Deposit Insurance Corporation, as Receiver for NetBank, f.s.b. ("FDIC"), through undersigned counsel, files this Notice of Filing of Order Regarding Supplementary Authority Filed by Plaintiff, and states as follows:

1. Plaintiff filed a Notice of Supplementary Authority in Support of Plaintiff's Motion for Summary Judgment and Related Pleadings on April 30, 2010.

2. The Plaintiff's Notice of Supplementary Authority attached a copy of a non-final Memorandum Opinion of the bankruptcy judge in the *Team Financial* bankruptcy pending in Kansas (the "Partial SJ Denial"), entered in response to a Motion for Partial Summary Judgment

filed by the defendant Federal Deposit Insurance Corporation, as Receiver for Team Bank, N.A., and Colorado National Bank.

3. The FDIC filed a Notice of Filing of Motion Regarding Supplementary Authority Filed by Plaintiff on May 12, 2010 (the "Notice of Motion"). The Notice of Motion attached a motion filed by the Federal Deposit Insurance Corporation, as Receiver of Team Bank, N.A. to clarify, vacate, alter or amend the Partial SJ Denial.

4. On June 11, 2010, the bankruptcy court in Kansas entered an Agreed Order Partially Granting Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010 Memorandum Opinion, a copy of which is attached as Exhibit A (the "Agreed Order"). The Agreed Order provides that the Partial SJ Denial filed by the Plaintiff with the Notice is non-final and the conclusions of law expressed in the Partial SJ Denial could change based on additional evidence that may be admitted later in that proceeding.

WHEREFORE, the FDIC respectfully requests the Court to grant its Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment.

Dated: June 22, 2010.

AKERMAN SENTERFITT

By: */s/ Raye Curry Elliott*
David E. Otero
Florida Bar No.: 651370
E-mail: david.otero@akerman.com
Raye Curry Elliott
Florida Bar No.: 018732
E-mail: raye.curryelliott@akerman.com
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Attorneys for Defendant, Federal Deposit Insurance Corporation as Receiver for NetBank, f.s.b.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed electronically with the Clerk of Court on June 22, 2010 using CM/ECF, which will send a Notice of Electronic Filing to the following counsel of record:

Todd C. Meyers, Esq.
Sameer Kapoor, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530

                                              */s/ Raye Curry Elliott*
                                              Attorney

**SO ORDERED.**

**SIGNED this 11 day of June, 2010.**



ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL, INC., | ) | Case No. 09-10925 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL ACQUISITION | ) | Case No. 09-10926 |
| SUBSIDIARY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| POST BANCORP, INC., | ) | Case No. 09-10927 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| TEAM FINANCIAL, INC., TEAM | ) | |
| FINANCIAL ACQUISITION | ) | |
| SUBSIDIARY, INC. and POST | ) | Adv. Case No. 09-05084 |
| BANCORP, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

DB04/837858.0003/2890562.1 DD02
DB04/837858.0002/2894969.1 CR05

EXHIBIT A

In re: Team Financial, Inc., et al. v. Federal Deposit Insurance Corporation
U.S. Bankruptcy Court Adv. No. 09-05084
Agreed Order Regarding Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010
Memorandum Opinion
Page 2

## AGREED ORDER PARTIALLY GRANTING MOTION BY THE FDIC-R TO CLARIFY, VACATE, ALTER OR AMEND THE COURT'S APRIL 28, 2010 MEMORANDUM OPINION

Pursuant to that certain Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010 Memorandum Opinion (docket no. 52) (the "Motion"); the parties agree as follows:

1. The Memorandum Opinion (docket numbers 48, 49 and 53) is not a final order within the meaning of relevant law, including but not limited to 28 U.S.C. §158(a)(1) and F. R. Bankr. P. 8001 and 8002.

2. The Court's conclusions of law in the Memorandum Opinion could change based on additional evidence that may be admitted later in this proceeding.

IT SO ORDERED.

### # # #

SUBMITTED AND AGREED:

| STINSON MORRISON HECKER LLP | REDMOND & NAZAR, L.L.P. |
|---|---|
| By: s/ Nicholas J. Zluticky<br>Paul M. Hoffmann (D. Kan. # 70170)<br>Nicholas J. Zluticky (KS # 23935)<br>1201 Walnut, Suite 2900<br>Kansas City, Missouri 64106<br>Telephone: (816) 842-8600<br>Facsimile: (816) 691-3495 | By: s/ W. Thomas Gilman<br>W. Thomas Gilman (KS # 11867)<br>245 N. Waco<br>Suite 402<br>Wichita, Kansas 67202<br>Telephone: (316) 262-8361<br>Facsimile: (316) 263-0610 |
| Attorneys for Federal Deposit Insurance Corporation, as Receiver for Team Bank, N.A. and Colorado National Bank, N.A. | Attorneys for the Debtors |