UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

NETBANK, INC.

    Debtor.

Case No. 3:07-bk-04295-JAF
Chapter 11

---

CLIFFORD ZUCKER, in his capacity as Liquidating Supervisor for NETBANK, INC.,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NetBank, f.s.b.,

    Defendant.

Adversary Proceeding No.: 3:08-ap-346-JAF

---

### MOTION TO AMEND OR MAKE ADDITIONAL FINDINGS OF FACT WITH REGARD TO ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND AMEND OR ALTER JUDGMENT IN FAVOR OF PLAINTIFF

Federal Deposit Insurance Corporation, as Receiver for NetBank, f.s.b. ("FDIC"), Defendant in the above-styled adversary proceeding, pursuant to Rules 8002(b)(1) and (2), 7052 and 9023, Federal Rules of Bankruptcy Procedure, requests the court to Amend or Make Additional Findings of Fact with Regard to the Order Granting Plaintiff's Motion For Summary Judgment and Denying Defendant's Motion for Summary Judgment (the "Order"), and Amend or Alter Judgment in Favor of Plaintiff entered in this adversary proceeding on September 30, 2010 (the "Judgment"), and in support states:

    1.    The contents of footnotes 4 and 5 of the Order are factually incorrect. The following suggested revised language is correct:

{JA569084;4}

      a.      Footnote 4: The Bank Affiliated Group generated taxable income of $22,095,685 for the 2005 tax year. As shown on the 2005 Tax Return, the Consolidated Group had taxable income of $17,987,259.00, and tax liability of $6,145,415.00. The Debtor and the other members of the Consolidated Group that were not members of the Bank Affiliated Group generated a net operating loss of $4,108,426 for the 2005 tax year.

      b.      Footnote 5: The Bank Affiliated Group generated a net operating loss of $86,804,020 for the 2006 tax year. As shown on the 2006 Tax Return, the Consolidated Group had a net operating loss of $94,128,552.00. Therefore, the Consolidated Group had zero tax liability for 2006. The Debtor and the other members of the Consolidated Group that were not members of the Bank Affiliated Group generated a net operating loss of $7,324,532 for the 2006 tax year.

2.    The Plaintiff never moved for summary judgment on the FDIC's Counterclaim. The court should either amend the Order and Judgment clarifying that the Court was ruling sua sponte or vacate the portion of the Order and Judgment ruling in favor of the Plaintiff on the FDIC's Counterclaim.

WHEREFORE, FDIC seeks amendment or additional findings of fact with regard to the Order to correct footnotes 4 and 5, and amendment or alteration of the Judgment to cure the procedural issue on the grant of summary judgment on the FDIC's Counterclaim.

Respectfully submitted, this 13th day of October, 2010.

                      AKERMAN SENTERFITT

                      By:*/s/ Adina L. Pollan*
                          David E. Otero
                          Florida Bar No.: 651370
                          Email: david.otero@akerman.com
                          Adina L. Pollan
                          Florida Bar No.: 15639
                          Email:  adina.pollan@akerman.com
                          50 North Laura Street, Suite 2500

Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Attorneys for FDIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 13th day of October, 2010, to:

NetBank, Inc.
751 Oak Street
Jacksonville, FL 32204

Clifford Zucker, in his capacity as Liquidating Supervisor for NetBank, Inc.
c/o Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309

                                        */s/Adina L. Pollan*
                                        Attorney